# United States District Court

## *Southern District of Georgia*

MARLISA GIBSON

_____
Plaintiff

Case No.   1:24-cv-00100-JRH-BKE

v.   PETSMART LLC, ABC
CORPORATION A-B and JOHN
DOE A-B
_____
Defendant

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  15th  day of  August , 2024 .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Kristiba Ducos
_____

Business Address:   600 Peachtree Street, N.E., Suite 370, Atlanta, GA 30308
_____
Firm/Business Name

The Ducos Law Firm, LLC
_____
Street Address

600 Peachtree St NE, Ste ₂ | Atlanta | GA | 30308
_____
Street Address (con't) | City | State | Zip

_____
Mailing Address (if other than street address)

_____ | _____ | _____ | _____
Address Line 2 | City | State | Zip

(404) 469-9574 | 44149
_____
Telephone Number (w/ area code) | Georgia Bar Number

Email Address:   kducos@asilpc.com